# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TOLIVER, | NO. CV 09-1993 SGL (FMO) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHEAL BENOV, et al., | |
| Defendants. | |

By order dated March 25, 2009, plaintiff was ordered to serve promptly the summons and complaint ("Complaint") on all named defendants in this action within sixty (60) days of the filing of the Complaint, which was filed on March 24, 2009. It appears from the record that plaintiff has failed to complete service as ordered or file the proof of service. Nor has plaintiff filed a request for an extension of time in which to do so.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **July 22, 2009,** plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to complete service of the summons and Complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Failure timely to file such a declaration or to show cause**

*/ / /*

*/ / /*

**as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof of service shall be a satisfactory response to the Order to Show Cause.**

  **IT IS SO ORDERED.**

Dated this 25th day of June, 2009.

                    /s/
                 Fernando M. Olguin
               United States Magistrate Judge