# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TOLIVER,          )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>MICHEAL BENOV, et al.,    )<br>                          )<br>     Defendants.         )<br>_____) | NO. CV 09-1993 SGL (FMO)<br><br>**ORDER TO SHOW CAUSE** |

By order dated March 25, 2009, plaintiff was ordered to serve promptly the summons and complaint ("Complaint") on all named defendants in this action within sixty (60) days of the filing of the Complaint, which was filed on March 24, 2009. On June 25, 2009, plaintiff was ordered to show cause on or before July 22, 2009, if any there be, why this action should not be dismissed for plaintiff's failure to complete service of the summons and Complaint as required by Rule 4(m), Federal Rules of Civil Procedure. (Court's Order of June 25, 2009, at 1). On July 23, 2009, plaintiff filed separate proofs of service of the summons and complaint as to each defendant. However, it appears from the record that plaintiff has failed to complete proper service as ordered. Nor has plaintiff filed a request for an extension of time in which to do so.

Unless a defendant formally waives service, the summons and Complaint must be personally served by a person who is not a party and is at least 18 years old. Fed. R. Civ. P. 4(c)(2); see also Fed. R. Civ. P. 4(e)(2)(A) (an individual may be served by "delivering a copy of

the summons and the complaint to the individual <u>personally</u>") (emphasis added). To request waiver of service, plaintiff must send each defendant two copies of a Notice of Lawsuit and Request for Waiver of Service of Summons form (Form CV-039) along with a copy of a Waiver of Service of Summons form (Form CV-108), the Complaint, and a self-addressed, stamped envelope for the return of the Waiver of Service of Summons ("Waiver of Service"). Fed. R. Civ. P. 4(d)(1). Plaintiff must give each defendant at least 30 days to return the Waiver. Fed. R. Civ. P. 4(d)(1)(F). If a defendant agrees to waive service, plaintiff files the Waiver of Service form, in which case the proof of service of the summons and Complaint is not required. Fed. R. Civ. P. 4(d)(4). However, if a defendant fails to return the request for waiver in a timely fashion, plaintiff must effect formal, personal service on defendant and file a proof of service of the summons and Complaint. Fed. R. Civ. P. 4(*l*)(1) ("Unless service is waived, proof of service must be made to the court.").

Finally, service of process in this case is not effective until plaintiff also serves the United States with service of process by delivering one copy of the summons and the Complaint to the Attorney General of the United States and by delivering one copy of the summons and the Complaint to the United States Attorney for the Central District of California. Fed. R. Civ. P. 4(i).

The deadline for plaintiff to effect service properly under Fed. R. Civ. P. 4(m) was July 22, 2009. Accordingly, plaintiff's case is now subject to dismissal. However, the court will give plaintiff one last opportunity to effect service in accordance with the requirements set forth in Fed. R. Civ. P. 4(c)(2) & (i). In other words, plaintiff must ensure that defendants are personally served with the Complaint by a person <u>who is not a party</u> and is at least 18 years old.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. On or before **August 28, 2009,** plaintiff shall **file a proof of service that establishes that service has been properly effected under the applicable provisions of Rule 4 of the Federal Rules of Civil Procedure.**

/ / /

/ / /

2. Failure to file the proof of service and/or to have service effected in accordance with Fed. R. Civ. P. 4 by the deadline set forth above shall result in the dismissal of the action without prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge

3