UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TOLIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BENOV, <u>et</u> <u>al.</u>,<br><br>　　　　Defendants. | NO. CV 09-1993 PA (FMO)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 29, 2010

_____
　　　　　PERCY ANDERSON
　　UNITED STATES DISTRICT JUDGE